UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HUATAI PROPERTY & CASUALTY
INSURANCE CO., LTD., QINGDAO BRANCH,

                Plaintiff,

-against-

YANG MING MARINE TRANSPORT CORP.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/18/2022__

21 Civ. 10173 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By **February 25, 2022**, Plaintiff shall file its Rule 7.1 Statement pursuant to Federal Rule of Civil Procedure 7.1.

      SO ORDERED.

Dated: February 18, 2022
       New York, New York

                              ANALISA TORRES
                          United States District Judge