UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUTAI PROPERTY & CAUSALTY INSURANCE CO., LTD., QINGDAO BRANCH, <br><br> -v- <br><br> YANG MING MARINE TRANSPORT CORP. | Plaintiff, <br><br><br><br><br><br> Defendant. |

Case No. 21-CV-10173 (AT)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for __HUTAI PROPERTY & CAUSUALTY CO., LTD., QUINGDAO__ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

Date: FEBRAURY 24, 2022

_Signature of Attorney_

Attorney Bar Code: JJ7837

Form Rule7_1.pdf   SDNY Web 10/2007